# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 11, 2023

## NO. 03-22-00535-CV

**Gary A. Shepherd and Linda C. Shepherd, Appellants**

**v.**

**Wells Fargo Bank N.A., as Trustee for Option One Mortgage Loans Trust 2007-4, Asset-Backed Certificates, Series 2007-4, and MWS Acquisitions, LLC, Appellees**

**APPEAL FROM THE 33RD DISTRICT COURT OF LLANO COUNTY
BEFORE JUSTICES BAKER, KELLY, AND SMITH
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the orders signed by the trial court on August 1, 2022 and August 16, 2022. The parties have filed a joint motion to dismiss the appeal, and having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.